Edith McCarthy, Appellee, v. William Gray, Appellant.

Gen. No. 9,203.

Heard in this court at October term, 1939; opinion filed January 15, 1940. John W. Williams and Homer H. Williams, for appellant; O'Harra & O'Harra and O. C. McCartney, for appellee. Opinion by JUSTICE FULTON. ''Not to be published in full.''

Frank Altman, Appellee, v. A. B. Bliss, Appellant.

Gen. No. 9,179.

Heard in this court at April term, 1939; opinion filed January 15, 1940. William S. Ellis and Trapp & Trapp, for appellant; Edwin C. Mills, for appellee. Opinion by JUSTICE HAYES. ''Not to be published in full.''